**Entered on Docket
March 15, 2010**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com,

Wells Fargo Bank, N.A.
10-70499

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case Number: 08-52459-gwz |
|---|---|
| David A. Dunn and Corinne G. Dunn | Date:   3/9/10<br>Time:   10:00am<br><br>Chapter 7 |
| Debtor(s). | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is granted as to Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, regarding the subject property described as 1370 Berkshire Ct , Sparks, NV  89434, and legally described as follows:

LOT 13, IN BLOCK A, OF WILLOW CREEK STATION UNIT NO. 3, ACCORDING TO THE MAP THEREOF, FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY, STATE OF NEVADA, ON JANUARY 21, 1983, AS TRACT MAP NO. 2073.

Submitted by:
**WILDE & ASSOCIATES**

_____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

APPROVED / DISAPPROVED

_____
**Stephen R. Harris**
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
**Jeri Coppa-Knudson**
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
　　____ The court waived the requirements of LR 9021.
　　____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
　　____ No parties appeared or filed written objections, and the trustee is the movant.
　　_x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
　　____ approved the form of this order　　　　____ disapproved the form of this order
　　____ waived the right to review the order and/or　_x_ failed to respond to the document
　　____ appeared at the hearing, waived the right to review the order
　　____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
　　____ approved the form of this order　　　　____ disapproved the form of this order
　　____ waived the right to review the order and/or　_x_ failed to respond to the document

　　____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
　　____ approved the form of this order　　　　____ disapproved the form of this order
　　____ waived the right to review the order and/or　____ failed to respond to the document
　　____ appeared at the hearing, waived the right to review the order
　　____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
　　____ approved the form of this order　　　　____ disapproved the form of this order
　　____ waived the right to review the order and/or　____ failed to respond to the document

　　____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor